**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Alesiram Tuvinez Bravo

      Plaintiff,

v.             Case No.: 1:26–cv–02951
              Honorable Jorge L. Alonso

Todd Lyons

      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 24, 2026:

  MINUTE entry before the Honorable Jorge L. Alonso: Pursuant to the notice [20] of voluntary dismissal, this case is dismissed. Petitions [1] [5] are denied with prejudice. Petitioner's motion [21] to vacate the status hearing is granted, and the status hearing set for 3/25/26 is stricken. Civil case terminated. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.